IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DR. ELENA POLUKHIN,           )
                              )
     Petitioner,              )
                              )        CIVIL ACTION NO.
     v.                       )         2:18cv424-MHT
                              )            (WO)
WARDEN P. BRADLEY, et al.,    )
                              )
     Respondents.             )

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1406(a). There are no objections to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 4) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 11th day of May, 2018.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE